2106. KELLY *v.* THE STATE.

POWELL, J. 1. The evidence was legally sufficient to authorize a conviction. There was no error in the charge of the court.

2. Affidavits not a part of the record can not be considered by this court.

*Judgment affirmed.*

Accusation of gaming, from city court of Monroe—Judge Dean. August 12, 1909.

Submitted October 6,—Decided October 13, 1909

*Joseph H. Felker,* for plaintiff in error.

*W. S. Upshaw, solicitor, Hal G. Nowell,* contra.